UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Job #: 1404284

Attorney: Duane Morris LLP - New York
Address: 1540 Broadway New York, NY 10036

IN THE MATTER OF THE APPLICATION OF VERMEER INVESTMENTS LIMITED, et al

Index Number: 14 MISC 317

Client's File No.:

Court Date:

Date Filed:

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
Baldeo C. Drepaul, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/29/2014, at 6:59 AM at: 233 EAST 62ND STREET, NEW YORK, NY 10065 Deponent served the within Order, Subpoena To Testify At A Deposition In A Civil Action With A Witness and Mileage Fee of $45.00, Federal Rule of Civil procedure 45 (c), (d), (e) and (g) (Effective 12/1/13) and Schedule A

On: **CHARLES HOLZER**, therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**
Sex: Male   Color of skin: White   Color of hair: Blonde   Glasses: No
Age: 36-50   Height: 5ft 9inch - 6ft 0inch   Weight: 161-200 Lbs.   Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☒ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $45.00

☐ **#5 OTHER**

Sworn to before me on 09/30/2014

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Baldeo C. Drepaul
DCA License# 1450713

*Court Support, Inc. 181 Hillside Avenue Williston Park, NY 11596 DCA#1382542*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY: DUANE MORRIS LLP - NEW YORK
ADDRESS: 1540 BROADWAY NEW YORK, NY 10036

INDEX #: 14 MISC 317
Date Filed:
Job #: 1404279
Court Date: Time:

IN THE MATTER OF THE APPLICATION OF VERMEER INVESTMENTS LIMITED, et al

vs

*Plaintiff*

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Baldeo C. Drepaul, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **09/26/2014** at **2:27 PM.**, at **590 MADISON AVENUE , NEW YORK, NY 10022**
Deponent attempted to serve the within **Order, Subpoena To Testify At A Deposition In A Civil Action With A Witness and Mileage Fee of $45.00, Federal Rule of Civil procedure 45 (c), (d), (e) and (g) (Effective 12/1/13) and Schedule A**
On **CHARLES HOLZER**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

**COMMENTS:**
ATTEMPTED ON 9-26-2014 @ 2:27 PM. AS PER THE BUILDING SECURITY, ROY, THERE IS NOT LISTING FOR THE SUBJECT AT THIS LOCATION.

Sworn to before me on 09/29/2014

Ann Marie Melia
Notary Public, State of New York
No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Baldeo C. Drepaul
DCA License# 1450713

*Court Support, Inc. 181 Hillside Avenue Williston Park, NY 11596 DCA#1382542*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY: DUANE MORRIS LLP - NEW YORK
ADDRESS: 1540 BROADWAY NEW YORK, NY 10036

INDEX #: 14 MISC 317
Date Filed:
Job #: 1404281
Court Date: Time:

IN THE MATTER OF THE APPLICATION OF VERMEER INVESTMENTS LIMITED, et al

*vs*

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF NON SERVICE**

Baldeo C. Drepaul, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **09/26/2014** at **2:41 PM.**, at **41 EAST 65TH STREET, NEW YORK, NY 10065**
Deponent attempted to serve the within **Order, Subpoena To Testify At A Deposition In A Civil Action With A Witness and Mileage Fee of $45.00, Federal Rule of Civil procedure 45 (c), (d), (e) and (g) (Effective 12/1/13) and Schedule A**
On **CHARLES HOLZER**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

**COMMENTS:**
ATTEMPTED ON 9-26-2014 @ 2:41 PM. AS PER MALE PERSON, BRETT, HE ADVISED THAT THE SUBJECT HAS NEVER RESIDED AT THIS LOCATION.

Sworn to before me on 09/29/2014

Ann Marie Melia
Notary Public, State of New York
No. 01ME4914451
Qualified in Nassau County
Commission Expires 12/14/2017

Baldeo C. Drepaul
DCA License# 1450713